# Court of Appeals
# of the State of Georgia

ATLANTA, May 02, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0315. JUSTIN D. HAWKINS v. KYYA GALVIN.

Justin D. Hawkins filed a discretionary application seeking to appeal from the trial court's denial of his motion for contempt, amended motion for contempt, and request for custody modification and attorney fees, based on the denial of visitation and communication with his child in violation of a permanent parenting plan.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Thus, when the issue on appeal pertains to child custody, the order is directly appealable. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017). Because Hawkins seeks to challenge the superior court's child custody and contempt rulings, the order here may be appealed directly. See id. Consequently, the attorney fees ruling is also reviewable. See OCGA § 5-6-34 (d).

We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Hawkins shall have ten days from the date of this order to file a notice of appeal with the superior court, if he has not already done so.

The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,__05/02/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*